# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2023

**VIA ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Randy Hayes**
     **18 Cr. 632 (PAC)**

*[Handwritten note: The request will be adjourned to October 16, 2023 @ 2:30pm. So ordered. Paul Crotty USDJ 9/11/2023]*

Dear Judge Crotty,

I write to respectfully request that the Court adjourn the status conference regarding Mr. Hayes pending violation of supervised release currently scheduled for September 13, 2023 to the beginning of October. Probation and undersigned counsel are still working with Mr. Hayes to make his compliance with his appointments more consistent, and we believe this additional time will enable us to make progress in this regard.

The Probation Office by Officer Hildery Huffman and the Government by Assistant United States Attorney Matthew Hellman both consent to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Hayes
212-417-8729